UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Randy A. Watkins

                           Plaintiff,

v.                                                         Case No.: 1:19–cv–04218
                                                          Honorable Charles R. Norgle Sr.

Wells Fargo Home Mortgage, Inc., et al.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 20, 2020:

      MINUTE entry before the Honorable Young B. Kim: Defendant Wells Fargo's motion for protective order [23] is granted. Appearance on January 23, 2020, is not required to present this motion. According to Rule 26(f)(2), if the parties did hold a Rule 26(f) conference, they were required to have filed a discovery plan 14 days thereafter. However, a review of the docket shows that neither side has filed a discovery plan, and the assigned District Judge did not enter a discovery schedule after the status hearing on December 10, 2019. As such, the motion is granted. The court will discuss the case with the parties tomorrow and issue a schedule for completing written discovery. Plaintiff is entitled to move forward with depositions immediately before written discovery if he wishes. Mailed notice(Kim, Young)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.